```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
JUAN R. SERRANO,                    :
                                    :   07 Civ. 8839(VM)
                 Plaintiff,         :
                                    :
     - against -                    :   ORDER
                                    :
RATHINOWITE, et al.,                :
                                    :
                 Defendants.        :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that although the complaint was filed on October 15, 2007, to date no service of process has been made on any defendant and no answer has been recorded. Accordingly, it is hereby

**ORDERED** that plaintiff is directed to advise the Court by February 27, 2008 of his contemplation with regard to further prosecution of this action, or to complete service of process on defendant(s) by such date, or show cause why such service has not been made to date and cannot be completed by the date indicated. In the event no timely response to this Order is submitted the Court may dismiss the complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:  New York, New York
        22 February 2008

                                          _____
                                          VICTOR MARRERO
                                          U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-22-08
```