UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-08

Mr: Juan R. Serrano # 07-A-1746

Waish Mohawk Correctional Facility

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

_____ Civ. 1:07 (ev) (08839) V'

- against -

**AFFIRMATION OF SERVICE**

The hold medical Department ect
ect. MS: Michael Maher Superintendent
MS: Judy Antonson Nurse minastratns
Docters zaki and Sharma ect ect.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Mr: Juan R. Serrano , **declare under penalty of perjury** that I have
*(name)*

served a copy of the attached MS: Carmen Serrano
*(document you are serving)*

upon MS: Carmen Serrano whose address is 426 West
*(name of person served)*

27 Drive N.Y. N.Y. 10007 A-P-T. 6-G
*(where you served document)*

by Don't Know what to Say. She is my sister .
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Rome , N.Y.
*(town/city)* *(state)*

April 26, 2008
*(month)* *(day)* *(year)*

Sworn to before me
This 26 April 2008

John C. Boyea
Notary Public, State of New York
No. #01BO6073073
Qualified in Oneida County
Commission Expires 04/15/2010

Signature

Mohawk Correctional Facility
Address 1600 School Road
P.O. Box 8451
*City, State*

Rome N-Y. 13442-8451
*Zip Code*

Non ·'/
*Telephone Number*

Rev. 05/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mr: Juan R. Serrano # 07-A-1746
Waich Mohawk Correctional Facility
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

___ Civ. 1:07 (ev) (08839) VM

-against-

**REQUEST TO PROCEED**
***IN FORMA PAUPERIS***
**ON APPEAL**

The hold medical Department ect.
ect. MS: Michael Maher superintendent
MS: Judy Antonson Nure minastrater
Docters Zaki and Sharma ect, ect.
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Mr: Juan R. Serrano ___, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: Mem tally and phycically evil medical health mistreatmevts . At Waich Mohawk Correction Facility . Inmates Inpation Infermery . By docters, Nures, officers, ect ect. One big happy famaliy . So all staff members state so .

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    Not employed

    No "!"

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    No "!"

    No "!"

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    No.

    a) Are you receiving any public benefits?        ☑ No.       ☐ Yes, $_____.

    b) Do you receive any income from any other source?  ☐ No.   ☐ Yes, $_____.

4.  Do you have any money, including any money in a checking or savings account? If so, how much?

    ☑ No.        ☐ Yes, $_____.        No.

5.  Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☑ No.        ☐ Yes,  $_____        No _____.

6.  Do you pay for rent or for a mortgage? If so, how much each month?

    ☑ No.        ☐ Yes,  No.

7.  List the person(s) that you pay money to support and the amount you pay each month.

    No - one -
    No.

8.  State any special financial circumstances which the Court should consider.

    Some of these people need to be in prison
    or place out of their Jobs I go to the hospical as
    soon as I can, and get transfer to another Facility
    And a mental and phycical Law-sout against
    these people as well.

Rev. 07/2007

2

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___24___ day of ___0 4___, ___2008___
          *date*         *month*         *year*

_____
          *Signature*

**Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.**

_____
        Victor Marrero
   United States District Judge

DATED:   ___1 May___, 20___
         ___New York___, New York

*Rev. 07/2007*

3